# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**

Greene / Southern

- [x] Secret Indictment
- [ ] Juvenile

## Defendant Information

Defendant Name: David M. Lee

Alias Name:

Birth Date: 04/26/1990

## Related Case Information

Superseding Indictment? [ ] Yes [x] No  If yes, original case number:
New Defendant(s)? [x] Yes [ ] No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

## U.S. Attorney Information

**AUSA** Sarff, Jessica R.

## Interpreter Needed?

- [ ] Yes  Language and/or Dialect:
- [x] No

## Location Status

Arrest Date:

- [ ] Currently in Federal Custody
- [ ] Currently in State Custody
- [ ] Currently on Bond

**Writ Required?** [ ] Yes [x] No
**Warrant Required?** [x] Yes [ ] No

## U.S.C. Citations

Total # of Counts    1 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:853.F CRIMINAL FORFEITURES | FA |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 02/09/2021